■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGIE CODINA, Appellant, v WAYNE LAMONT, Respondent. [772 NYS2d 806]—Appeal from order, Supreme Court, New York County (John Cataldo, J.), entered on or about April 28, 2003, which denied relator's petition for a writ of habeas corpus and dismissed the proceeding, unanimously dismissed, without costs.

Relator's claim of excessive bail is moot since the pretrial bail rulings relator now challenges ceased to have any effect once relator was remanded upon her conviction after retrial in the underlying criminal action (*see People ex rel. England v Warden*, 39 AD2d 778 [1972]). Relator's remaining contentions may not be raised by way of habeas corpus (*People ex rel. Keitt v McMann*, 18 NY2d 257, 262 [1966]) and, in any event, they involve matters outside the instant record on appeal. Concur—Mazzarelli, J.P., Saxe, Friedman, Marlow and Gonzalez, JJ.

■ MYRA VAUGHN, Respondent, v CITY OF NEW YORK, Respondent, and EMPIRE CITY SUBWAY COMPANY (LIMITED), Appellant, et al., Defendants. [772 NYS2d 514]—

Order, Supreme Court, New York County (Michael Stallman, J.), entered January 14, 2003, which, in an action for personal injuries allegedly caused by a street defect, insofar as appealed from, denied defendant-appellant contractor's motion for summary judgment dismissing the complaint and all cross claims as against it, unanimously affirmed, without costs.

Defendant-respondent City's evidence shows that it issued appellant three permits to work in the vicinity of the accident site, only two of which are addressed by appellant. Thus, issues of fact exist as to, inter alia, whether a third permit was issued, and, if so, the location of any work performed pursuant thereto. Concur—Mazzarelli, J.P., Saxe, Friedman, Marlow and Gonzalez, JJ.